UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARMA QUICK**,<br>　　　　Plaintiff,<br>　　v.<br>**BARBRI, INC.**,<br>　　　　Defendant. | Case No.  14-cv-02931-YGR<br><br>**ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　On September 29, 2014, the parties filed a joint case management statement for an October 6, 2014 Case Management Conference.  Thereafter, the parties submitted a joint stipulation to continue the October 6, 2014 Case Management Conference, which the Court granted in part, continuing the case management conference to December 15, 2014.

　　　　The Civil Local Rules for the Northern District of California provide that "[u]nless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process."  Civil L.R. 16-10(d).  To date, the parties have not filed an updated statement but have only submitted a request to appear by phone.

　　　　The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file an updated Joint Case Management Statement.

　　　　A hearing on this Order to Show Cause will be held on **Monday, January 5, 2015,** at 2:00 p.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

　　　　By no later than **December 29, 2014**, the parties must file: (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; and (2) a written response to this Order to Show Cause why they should not

be sanctioned for their failure to timely file a joint case management statement. If the Court is satisfied with the parties' response, it may vacate the hearing. Otherwise, lead trial counsel is required to appear personally at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for Monday, December 15, 2014, is **CONTINUED** to **Monday, January 5, 2015,** at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**