UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARMA QUICK,

    Plaintiff,

v.

BARBRI, INC.,

    Defendant.

Case No.  14-cv-02931-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | March 30, 2015 |
| NON-EXPERT DISCOVERY CUTOFF: | March 2, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: March 23, 2015<br>Rebuttal: April 13, 2015 |
| EXPERT DISCOVERY CUTOFF: | April 13, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE FILED BY: | May 26, 2015 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, August 14, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 14, 2015 |
| PRETRIAL CONFERENCE: | Friday, August 28, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, September 14, 2015 at 8:30 a.m. for 3-5 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on Friday, August 14, 2015 at 9:01 a.m. is intended to confirm that counsel have timely
4  met and conferred as required by the Pretrial Instructions.  The compliance hearing shall be held in
5  the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business
6  days prior to the date of the compliance hearing, the parties shall file a one-page JOINT
7  STATEMENT confirming they have complied with this requirement or explaining their failure to
8  comply.  If compliance is complete, the parties need not appear and the compliance hearing will be
9  taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint
10 statement in a timely fashion.  Failure to do so may result in sanctions.

11 The parties must comply with both the Court's Standing Order in Civil Cases and Standing
12 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
13 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

14 **IT IS SO ORDERED.**

15 Dated: January 7, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge