| | |
|---|---|
| 1 | CRAIG J. MARIAM (SBN: 225280)<br>MARK S. POSARD (SBN: 208790) |
| 2 | RACHEL J. MOROSKI (SBN: 286805)<br>GORDON & REES LLP |
| 3 | 275 Battery Street, Suite 2000<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054 |
| 5 | cmariam@gordonrees.com<br>mposard@gordonrees.com |
| 6 | rmoroski@gordonrees.com |
| 7 | Attorneys for Defendant<br>BARBRI, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARMA QUICK | ) | CASE NO. 4:14-cv-02931-YGR |
| | ) | |
| Plaintiffs, | ) | ORDER GRANTING |
| | ) | ~~NOTICE OF SUBSTITUTION OF~~ |
| vs. | ) | ~~COUNSEL~~ |
| | ) | |
| BARBRI, Inc. and DOES.1- 10 inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

///
///
///
///
///
///
///
///
///

-1-
NOTICE OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED,** that Defendant Barbri, Inc. hereby substitutes Craig J. Mariam, Mark S. Posard and Rachel J. Moroski of Gordon and Rees, LLP Embarcadero Center West, 275 Battery Street, 20th Floor, San Francisco, CA 94111, as attorneys of record in place and instead of Jessica Glatzer Mason and John MacVane of Gardere Wynne Sewell LLP.

Dated: January 5, 2015        BARBRI, INC.

By:  */S/ Barbri, Inc.*

Dated: January 5, 2015        GORDON & REES LLP

By:  */S/ Rachel J. Moroski*
     CRAIG J. MARIAM
     MARK S. POSARD
     RACHEL J. MOROSKI
Attorneys for Defendant
BARBRI, INC.

Dated: January 5, 2015        GARDERE WYNNE SEWELL LLP

By:  */S/ Jessica Glatzer Mason*
     JESSICA GLATZER MASON
     JOHN MACVANE
Former Attorneys for Defendant
BARBRI, INC

ORDER

The substitution of attorney is hereby approved and so ORDERED.

Dated: January 7, 2015

By: [signature]
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE